```
     H1N8HOWC

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              16 Cr. 632 (RMB)

 5   TODD HOWE,

 6              Defendant.

 7   ------------------------------x

 8                                              January 23, 2017
                                                9:15 a.m.
 9
     Before:
10
                       HON. RICHARD M. BERMAN
11
                                                District Judge
12
                             APPEARANCES
13
     PREET BHARARA
14        United States Attorney for the
          Southern District of New York
15   ROBERT L. BOONE
          Assistant United States Attorney
16
     MORVILLO LLP
17        Attorneys for Defendant
     ELLEN MURPHY
18

19

20

21

22

23

24

25
```

1               (Case called)

2               THE COURT:  So this is a status conference to see
3      where things stand.

4               Why don't I start with the government.

5               MR. BOONE:  Yes, your Honor.  Since we last met, I
6      believe, which was in September, the government filed a
7      complaint against eight individuals.  They were arrested
8      shortly thereafter.  They have since been indicted and the case
9      has been wheeled out to Judge Caproni.

10              We have had one conference before Judge Caproni so
11     far.  It was on December 1.  And at that conference, the
12     government explained it would be producing discovery in the
13     coming days, and another pretrial conference was scheduled for
14     March 1.  Judge Caproni made clear at the December conference
15     that at the March 1 conference she intends to set a motion
16     schedule and pick a trial date.

17              THE COURT:  So nothing for us to do here, I take it.
18              MR. BOONE:  Correct.
19              THE COURT:  What do you think is a realistic status
20     date here to find out what is going on?

21              MR. BOONE:  I think, and this is part speculation, if
22     Judge Caproni sets a trial date in March, I think that date
23     would likely be in the fall.  So we could have a status
24     conference here towards the end of the summer.

25              THE COURT:  I will give you an August date.

H1N8HOWC

1              Let's say August 21 at 9:15.
2              MR. BOONE:  It works for the government.
3              MS. MURPHY:  That works for us, your Honor.  Thank
4      you.
5              THE COURT:  Everything is going OK --
6              MR. BOONE:  Yes, your Honor.
7              THE COURT:  -- in post-trial, so to speak, post plea?
8              MR. BOONE:  Yes.  Everything is going fine, your
9      Honor.
10             THE COURT:  Good to see you all.  See you in August.
11             MS. MURPHY:  Thank you, your Honor.
12             THE DEFENDANT:  Thank you, your Honor.
13             (Adjourned)
14
15
16
17
18
19
20
21
22
23
24
25