

Morvillo LLP
43rd Floor
500 5th Avenue
New York, NY 10110
(212) 796-6330

1101 17th Street, NW
Suite 705
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

STUART F. PIERSON
(202) 803-5852
spierson@morvillolaw.com
June 15, 2017

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, NY  10007-1312
**Filed by S.D.N.Y. ECF**

      Re: United States v. Todd R. Howe, 1:16-cr-00632-RMB

Dear Judge Berman,

    We are writing you as counsel for Todd R. Howe, who entered a plea of guilty before you in the captioned case on September 22, 2016.  His case is pending sentencing during the proceedings in the case of *United States v. Percoco, et al.*, Case No. 1:16-cr-00776-VEC, S.D.N.Y.

    Mr. Howe has obtained employment and a residence in the District of Idaho.  To facilitate the transfer of pretrial services concerning Mr. Howe to that district, we request the Court's permission for Mr. Howe to transfer his residence and extend his travel restrictions to include the District of Idaho.  Pretrial Services in this district will advise the Court of Mr. Howe's specific address and other contact information.

                                              s/
                                        Richard J. Morvillo
                                        Stuart F. Pierson
                                        Morvillo LLP
                                        Suite 705
                                        1101 17th Street N.W.
                                        Washington, D.C. 20036
                                        spierson@morvillolaw.com
                                        202/803-5852

Cc: Natasha Ramesar, NYSPT                    Counsel for Todd R. Howe