**MEMO ENDORSED**

Morvillo LLP
43rd Floor
500 5th Avenue
New York, NY 10110
(212) 796-6330



**MORVILLO LLP**

www.morvillolaw.com

STUART F. PIERSON
(202) 803-5852
spierson@morvillolaw.com
June 15, 2017

1101 17th Street, NW
Suite 705
Washington, DC 20036
(202) 470-0330

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/17
```

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, NY  10007-1312
**Filed by S.D.N.Y. ECF**

Re: United States v. Todd R. Howe, 1:16-cr-00632-RMB

Dear Judge Berman,

We are writing you as counsel for Todd R. Howe, who entered a plea of guilty before you in the captioned case on September 22, 2016. His case is pending sentencing during the proceedings in the case of *United States v. Percoco, et al.*, Case No. 1:16-cr-00776-VEC, S.D.N.Y.

Mr. Howe has obtained employment and a residence in the District of Idaho. To facilitate the transfer of pretrial services concerning Mr. Howe to that district, we request the Court's permission for Mr. Howe to transfer his residence and extend his travel restrictions to include the District of Idaho. Pretrial Services in this district will advise the Court of Mr. Howe's specific address and other contact information.

*Government to respond with input from pretrial services.*

s/
Richard J. Morvillo
Stuart F. Pierson
Morvillo LLP
Suite 705
1101 17th Street N.W.
Washington, D.C. 20036
spierson@morvillolaw.com
202/803-5852
Counsel for Todd R. Howe

Cc: Natasha Ramesar, NYSPT

SO ORDERED:
Date: 6/19/17    *Richard M. Berman*
Richard M. Berman, U.S.D.J.