UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:   Notice of Appearance and
                -v.-                                   :   Request for Electronic
:   Notification
:
:
TODD HOWE,                                            :
:
                    Defendant.             :   16 Cr. 632 (RMB)
:
-------------------------------------------------------------------X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned cases and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in these cases.

                                              Respectfully submitted,

                                              JOON H. KIM
                                              Acting United States Attorney for the
                                              Southern District of New York

                                              by:     /s/ David Zhou
                                                    David Zhou
                                                    Assistant United States Attorney
                                                    (212) 637-2438