UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA

                 -v.-

TODD HOWE,

                          Defendant.

------------------------------------------------------------------------X

Notice of Appearance and Request for Electronic Notification

16 Cr. 632 (RMB)

TO: Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned cases and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in these cases.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

by:     /s/ Matthew Podolsky
       Matthew Podolsky
       Assistant United States Attorney
       (212) 637-1947