UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **PRAECIPE:** |
| | : | **NOTICE OF APPPEARANCE** |
| | : | |
| TODD R. HOWE | : | **16-cr-632 (RMB)** |
| | : | |

### NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE OF:

The entry of appearance as counsel for defendant, Todd R. Howe, of:

Stuart F. Pierson
Morvillo LLP
Suite 705
1101 17th Street N.W.
Washington, D.C.  20036
202/803-5852
spierson@morvillolaw.com

Mr. Pierson is a member of the bar of this Court and of the bars of New York and Washington, D.C.

        Respectfully submitted,

        s/ Stuart F. Pierson
        Morvillo LLP
        Suite 705
        1101 17th Street N.W.
        Washington, D.C.  20036
        202/803-5852
        spierson@morvillolaw.com
        New York Bar No. 1901388
        S.D.N.Y Bar Id. No. SP3522
        D.C. Bar No. 56820