Morvillo LLP
43rd Floor
500 5th Avenue
New York, NY 10110
(212) 796-6330



**MORVILLO LLP**

1101 17th Street, NW
Suite 705
Washington, DC 20036
(202) 470-0330

**MEMO ENDORSED**

p.2

www.morvillolaw.com

STUART F. PIERSON
(202) 803-5852
spierson@morvillolaw.com
July 18, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/17
```

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, NY 10007-1312
**Filed by S.D.N.Y. ECF**

Re: United States v. Todd R. Howe, 1:16-cr-00632-RMB

Dear Judge Berman,

    We are writing as counsel for Todd R. Howe, who entered a plea of guilty before you in the captioned case on September 22, 2016, concerning scheduling Mr. Howe's status conferences with the Court. His next status conference is scheduled for August 21, 2017.

    Mr. Howe's case is pending sentencing during the proceedings in the case of *United States v. Percoco, et al.*, Case No. 1:16-cr-00776-VEC, S.D.N.Y.

    Following Mr. Howe's request to move his residence to the State of Idaho with the consent of the Government, the Court, on July 17, 2017, approved Mr. Howe's request, permitting travel within and to/from the District of Idaho.

    Considering the distance between Idaho and New York City, and the apparent likelihood that Mr. Howe will not be called soon to testify in United States v. Percoco, No. 16-cr-00776-VEC, Mr. Howe respectfully requests that the Court postpone the August 21 status conference until later this year, or allow Mr. Howe to participate in that status conference by telephone.

    The Government has advised that it consents to Mr. Howe's request to postpone his status conference until later this year.

Respectfully submitted,

s/
Richard J. Morvillo
Stuart F. Pierson
Morvillo LLP
Suite 705
1101 17th Street N.W.
Washington, D.C. 20036
spierson@morvillolaw.com
202/803-5852
Counsel for Todd R. Howe

Cc by email: Natasha Ramesar, SDNY Pretrial Services
Ryan Lesmeister, Idaho Pretrial Services
Janis Echenberg, SDNY AUSA
Robert Boone, SDNY AUSA
Matthew Podolsky, SDNY AUSA
David Zhou, SDNY AUSA

Conference is adjourned to 12-14-17 at 10:00 am

SO ORDERED:
Date: 7/31/17   Richard M. Berman
Richard M. Berman, U.S.D.J.