UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,

       - against -

TODD HOWE,
                     Defendant(s).
-----------------------------------------------------------x

16 Cr 632 (RMB)

**ORDER**

USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/17

The conference scheduled for Thursday, December 14, 2017 at 10:00 a.m. is rescheduled to Wednesday, January 3, 2018 at 10:00 a.m.

Dated: New York, New York
          December 7, 2017

                                                RICHARD M. BERMAN
                                                      U.S.D.J.