USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Government,

       - against -

TODD HOWE,
                        Defendant(s).
------------------------------------------------------------x

16 Cr 632 (RMB)

**ORDER**

The conference scheduled for Wednesday, January 3, 2018 at 10:00 a.m. is rescheduled to Tuesday, January 9, 2018 at 11:30 a.m.

Dated: New York, New York
         December 26, 2017

*RMB*

RICHARD M. BERMAN
U.S.D.J.