# IN THE UNITED STATES DISRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

TODD R. HOWE,

      Defendant.

**Criminal Action** No. 1:16-cr-00632 (RMB)

## NOTICE OF CHANGE OF ADDRESS
## OF DEFENSE COUNSEL

PLEASE TAKE NOTICE:

That Stuart F. Pierson, co-counsel for defendant Todd R. Howe, has changed his address to the following:

Stuart F. Pierson

Attorney at Law

5435 Sherier Place, N.W.

Washington, D.C. 20016

202/415-0604

sfpiersonsr@gmail.com

1

Respectfully submitted,

Stuart F. Pierson
NY Bar No. 1901388
DC Bar No. 56820
Attorney at Law
5435 Sherier Place N.W.
Washington, DC  20016
202/415-0604
sfpiersonsr@gmail.com