

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2018

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Todd Howe,* **16 Cr. 632 (RMB)**

Dear Judge Berman:

    The Government respectfully writes to request an adjournment of the conference in the above-captioned matter currently scheduled for Tuesday, January 9, 2018 at 11:30 a.m. As the Court is aware, on September 22, 2016, Todd Howe, the defendant, pled guilty before Your Honor to several crimes pursuant to a cooperation agreement with the Government. In relation to his cooperation agreement, Howe is expected to testify in the first of two trials in *United States* v. *Percoco*, *et al.*, 16 Cr. 776 (VEC), which is currently scheduled to begin before Judge Valerie E. Caproni on January 22, 2018, as well as a second trial currently scheduled to begin before Judge Caproni on June 11, 2018. Howe currently lives out of state but will be traveling to New York to prepare for trial the week of January 15, 2018, and will likely remain in New York until he completes his expected testimony during the January trial. In the interest of efficiency, and to limit travel expenses, the Government requests that Howe's conference be adjourned to either the week of January 15, 2018, or to sometime after the conclusion of the first *Percoco* trial. Howe's counsel joins in this request.

                                                Respectfully submitted,

                                                JOON H. KIM
                                                Acting United States Attorney

                                                By: /s/
                                                    Janis Echenberg/Robert Boone/
                                                    David Zhou/Matthew Podolsky
                                                    Assistant United States Attorneys
                                                    (212) 637-2597/2208/2438/1947

cc:  Richard Morvillo, Esq.
      Stuart Pierson, Esq.