UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

USA

Plaintiff,

Case No. 1:16-cr-00632-RMB-1

-against-

Howe

Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard John Morvillo**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RM0441     My State Bar Number is: 3571718

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Morvillo LLP
FIRM ADDRESS: 1101 17th St., NW, Ste 1006, Washington, DC 20004
FIRM TELEPHONE NUMBER: (301) 807-9300
FIRM FAX NUMBER:

NEW FIRM:
FIRM NAME: Orrick, Herrington & Sutcliffe LLP
FIRM ADDRESS: 1152 15th Street, N.W. Washington, D.C. 20005
FIRM TELEPHONE NUMBER: (202) 339-8484
FIRM FAX NUMBER: (202) 339-8500

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 01/09/2018

/s/ Richard Morvillo
ATTORNEY'S SIGNATURE