```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER
        -v.-                     :
                                 :   16 Cr. 632 (RMB)
TODD HOWE,                       :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

       Upon the application of the United States of America and the letter motion of Janis Echenberg, Robert Boone, David Zhou, and Matthew Podolsky, Assistant United States Attorneys for the Southern District of New York, it is found that TODD HOWE, the defendant, is currently released on bail with conditions that include a $100,000 bond signed by the defendant and one co-signer;

       It is further found that, on or about September 20, 2016, the defendant entered into a cooperation agreement (the "Agreement") with the United States Attorney's Office for the Southern District of New York;

1

It is further found that, on or about February 8, 2018, the Government has notified the Court that the revocation of the defendant's bail conditions is appropriate at this time, and the Government has moved for the Court to revoke the defendant's bail conditions and order that the defendant surrender to the United States Marshals Service; and therefore it is

ORDERED that the bail conditions of TODD HOWE, the defendant, are hereby revoked and an arrest warrant shall issue.

Dated:   New York, New York
         February 8, 2018

_____
HONORABLE J. PAUL OETKEN
United States District Judge
Southern District of New York

Part I

2