*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2018

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* **v.** *Todd Howe*, **16 Cr. 632 (RMB)**

Dear Judge Berman,

      On February 8, 2018, the Honorable J. Paul Oetken signed an order revoking the bail conditions of the above-captioned defendant, Todd Howe, and issued a warrant for Howe's arrest. Howe was arrested later that same day and presented in Magistrates' Court on February 9, 2018, before the Honorable Robert W. Lehrburger. During Howe's presentment, Judge Lehrburger set a control date for an appearance in the instant matter for March 2, 2018. On or about February 26, 2018, Your Honor rescheduled that appearance for March 1, 2018, at 9:00 a.m. The Government writes to respectfully request that the appearance currently scheduled for March 1, 2018, at 9:00 a.m., be adjourned until sometime during the week of March 12, 2018.

      As the Court is likely aware, Howe recently testified as a cooperating witness for the Government in the trial of *United States* v. *Joseph Percoco, et al*, 16 Cr. 776 (VEC). Howe was remanded while on cross-examination. Given that events relating to the trial are likely to be discussed at Howe's appearance before Your Honor, and members of the trial team are currently on trial and unavailable, the Government respectfully requests that Howe's appearance be postponed until the trial is completed. The Government anticipates that the trial of *United States* v. *Joseph Percoco, et al*, 16 Cr. 776 (VEC) will be completed by the week of March 12, 2018.

Accordingly, the Government respectfully requests that the appearance currently scheduled for March 1, 2018, at 9:00 a.m., be adjourned until sometime during the week of March 12, 2018.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN  
                        United States Attorney

By: \_\_\_/s/_____  
                        Janis Echenberg / Robert Boone  
                        David Zhou / Matthew Podolsky  
                        Assistant United States Attorneys  
cc: Richard Morvillo          (212) 637-2597 / 2208 / 2438 / 1947