

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2018



Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

+1 202 339 8400
orrick.com

March 22, 2018

Richard J. Morvillo
(202) 339-8484
rmorvillo@orrick.com

<u>Via e-mail</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

    Re:    <u>USA v. Howe No. 1:16-cr-00632-VEC</u>

Dear Judge Caproni:

This letter is submitted in response to your March 22 Order scheduling a conference for March 27 in the above-referenced matter.  With apologies to the Court, please be advised that I have non-refundable air and hotel reservations to be away that week with my immediate family for my 70th birthday. Accordingly, I would request a brief adjournment of the hearing.  The Government has indicated that it has no objection to this request.

Respectfully submitted,

Richard Morvillo

The March 27, 2018 conference is
adjourned to April 3, 2018 at 2:00 p.m.,
Courtroom 443, Thurgood Marshall U.S.
Courthouse.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
3/23/2018

4154-2332-8018.1