

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Howe*, 16 Cr. 632 (VEC)

Dear Judge Caproni:

    The Government writes in response to the Court's order, dated December 13, 2018, requesting that the Government submit a letter proposing three possible sentencing dates, two of which are on Fridays, and all of which are later than February 1, 2019 (Dkt. No. 67). As set forth below, the parties request that Mr. Howe be sentenced in April 2019.

    Mr. Howe's counsel has advised that, due to the seasonal nature of his job (for which he often works six days per week), travel to New York prior to the end of the winter season will be costly for Mr. Howe, both because of high airfare prices and because it will require him to forgo a meaningful amount of income. Accordingly, the parties jointly propose the following potential dates for sentencing: April 4, 5, or 12, 2019.

                                                    Respectfully submitted,

                                                    GEOFFREY S. BERMAN
                                                    United States Attorney

                                                 By: /s Janis Echenberg
                                                    Janis Echenberg / Robert Boone
                                                     David Zhou / Matthew Podolsky
                                                     Assistant United States Attorneys
                                                     (212) 637-2597/2208/2438/1947

cc:  Counsel of record (via ECF)